FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL E. WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>DOMINGO URIBE JR., Warden<br><br>    Respondent. | No. CV 09-3185-SVW (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: July 17, 2009

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE